| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Kirk Evan Cabana<br><br>Katherine Elizabeth Cabana<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: Chapter 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 01/22/2025      Kirk Evan Cabana      [signature]
                      Printed name of Debtor 1      Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 01/22/2025      Katherine Elizabeth Cabana      [signature]
                      Printed name of Debtor 2      Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                    F 1002-1.EMP.INCOME.DEC

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | PAY LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 64386   CITRUS COMMUNITY COLLEGE | | | | | 169 | C5F | 01-03-2025 | 3068186 |

| EMPLOYEE NAME | EMPLOYEE ID | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES |
|---|---|---|---|---|
| CABANA, KIRK EVAN | ZT5610974 | M / 00 | S / 00 | 00 |

EARNINGS - COMPENSATION

| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT |
|---|---|---|---|---|---|
| C H | REGULAR | 12-31-2024 | 84.74 | 19.69 | 1,668.53 |

DEDUCTIONS/TAXES/MISC

| EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| PRE-TAX REDUCTIONS | | |
| EMPLOYEE DEDUCTIONS | | |
| OASDI DED | 103.45 | 103.45 |
| MEDCAR DED | 24.19 | 24.19 |
| EMPLOYER CONTRIBUTIONS | | |
| OASDI CON | 103.45 | 103.45 |
| MEDCAR CON | 24.19 | 24.19 |
| SUI | 0.83 | 0.83 |
| WORK COMP | 31.70 | 31.70 |

| ******** LEAVE BALANCES ******** | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|
| VACATION | FEDERAL | 1,668.53 | FEDERAL | 1,668.53 | GROSS PAY | 1,668.53 |
| SICK LEAVE | STATE | 1,668.53 | STATE | 1,668.53 | REDUCTIONS | |
| AS OF DATE | MEDI GROSS | 1,668.53 | MEDI GROSS | 1,668.53 | TAXES | 127.64 |
| | OASDI GROSS | 1,668.53 | OASDI GROSS | 1,668.53 | DEDUCTIONS | |
| | CA SDI GROSS | | CA SDI GROSS | | | |
| | GROSS EARN'S | 1,668.53 | GROSS EARN'S | 1,668.53 | NET PAY | $1,540.89 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| CITRUS COMMUNITY COLLEGE | 1000 W. FOOTHILL BLVD | GLENDORA, CA 91741-1899 |

```
     * * PAY - EMPLOYEE PAYROLL HISTORY INQUIRY - INQ * *              0701

        EID:        1007        CABANA,KIRK EVAN          PRIOR EID:
S
E   ISSUE  SCH -WARRANT- -----ACCRUAL-----           GROSS          NET
L   DATE   NO. TP  NBR    BGN DATE END DATE CANCELED  PAY           PAY
_ 01/03/25 C5F D 3068186 12/01/24 12/31/24          1,668.53      1,540.89
_ 12/05/24 C5E D 2942271 11/01/24 11/30/24          1,743.85      1,610.44
_ 11/05/24 C5D D 2816676 10/01/24 10/31/24          1,668.53      1,540.89
_ 10/04/24 C5C D 2692361 09/01/24 09/30/24          5,080.06      4,542.03
_
_
```