United States Bankruptcy Court
Central District of California

In re:  Case No. 25-10706-BB
Kirk Evan Cabana  Chapter 7
Katherine Elizabeth Cabana
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Jan 31, 2025      Form ID: naca      Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol      Definition**

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Kirk Evan Cabana, Katherine Elizabeth Cabana, 19051 E Leadora Ave, Glendora, CA 91741-1943 |
| 42318807 | | Duke University Health System, 2711 Mail Service Ctr, Raleigh, NC 27699-2700 |
| 42318809 | | FHN, 1045 W Stephenson St, Freeport, IL 61032-4864 |
| 42318811 | ++++ | GLENWOOD CENTER, 2721 GLENWOOD CT, ROCKFORD IL 61101-3599 address filed with court:, Glenwood Center, 2823 Glenwood Ct, Rockford, IL 61101-3507 |
| 42318813 | | OSF Healthcare, 530 Ne Glen Oak Ave, Peoria, IL 61637-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Feb 01 2025 00:41:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Feb 01 2025 00:41:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Feb 01 2025 00:40:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42318803 | | Email/Text: Bankruptcy_CS@wakehealth.edu | Feb 01 2025 00:40:00 | Atrium Health Wake Forest Baptist, Mecial Center Boulevard, Winston Salem, NC 27157-0001 |
| 42318804 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 01 2025 00:41:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 42318805 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 01 2025 00:39:11 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42318806 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 01 2025 00:49:57 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42318808 | | Email/Text: EBN@edfinancial.com | Feb 01 2025 00:40:00 | EdFinancial Services, Po Box 36008, Knoxville, TN 37930-6008 |
| 42318810 | | Email/Text: BankruptcyNotices@firsttechfed.com | Feb 01 2025 00:40:00 | First Tech Federal Credit Union, PO Box 2100, Beaverton, OR 97076-2100 |
| 42318812 | + | Email/Text: Harris@ebn.phinsolutions.com | Feb 01 2025 00:41:00 | Harris & Harris, 111 W Jackson Blvd Ste 650, Chicago, IL 60604-4135 |
| 42318814 | | Email/Text: bankruptcy@wofco.com | Feb 01 2025 00:40:00 | Southeast Toyota Finance, PO Box 991817, Mobile, AL 36691-8817 |
| 42318815 | | Email/Text: bncmail@w-legal.com | Feb 01 2025 00:41:00 | TD Bank / Target, PO Box 673, Minneapolis, MN 55440-0673 |

Case 2:25-bk-10706-BB    Doc 8    Filed 02/02/25    Entered 02/02/25 21:20:28    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: naca | Total Noticed: 17 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2025                                     Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Katherine Elizabeth Cabana bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Kirk Evan Cabana bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Brad D Krasnoff (TR) | BDKTrustee@DanningGill.com bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

# United States Bankruptcy Court
# Central District of California

### 255 East Temple Street, Los Angeles, CA 90012

## NOTICE TO AMEND OR CORRECT ATTORNEY'S NAME AND ADDRESS

**DEBTOR(S) INFORMATION:**
Kirk Evan Cabana
**SSN:** xxx−xx−8131
**EIN:** N/A
Katherine Elizabeth Cabana
**SSN:** xxx−xx−5326
19051 E Leadora Ave
Glendora, CA 91741−1943

**BANKRUPTCY NO.** 2:25−bk−10706−BB
**CHAPTER** 7

The notice previously mailed in this case is hereby amended to correct the attorney information.

The automatic stay and other matters referred to in the original notice have not been altered, and continue in full force and effect.

**ATTORNEY FOR DEBTOR:**

**Benjamin Heston**

**Nexus Bankruptcy**
**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

**949 312 1377**

Dated: January 31, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form naca rev. 5/96) VAN−82

**6 / SF**