Certificate Number: 14912-CAC-DE-039502598

Bankruptcy Case Number: 25-10706



14912-CAC-DE-039502598

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 31, 2025, at 4:26 o'clock PM EDT, Kirk Cabana completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   March 31, 2025          By:    /s/Jai Bhatt

                                Name:  Jai Bhatt

                                Title: Counselor