Certificate Number: 14912-CAC-DE-039502597

Bankruptcy Case Number: 25-10706



14912-CAC-DE-039502597

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 31, 2025, at 4:26 o'clock PM EDT, Katherine Cabana completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: March 31, 2025

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor