United States Bankruptcy Court

Central District of California

In re:                                                                                                  Case No. 25-10706-BB

Kirk Evan Cabana                                                                                Chapter 7

Katherine Elizabeth Cabana

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2                                    User: admin                                 Page 1 of 2

Date Rcvd: May 12, 2025                          Form ID: 318a                             Total Noticed: 18

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++            Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Kirk Evan Cabana, Katherine Elizabeth Cabana, 19051 E Leadora Ave, Glendora, CA 91741-1943 |
| 42318807 | | Duke University Health System, 2711 Mail Service Ctr, Raleigh, NC 27699-2700 |
| 42318809 | | FHN, 1045 W Stephenson St, Freeport, IL 61032-4864 |
| 42318811 | ++++ | GLENWOOD CENTER, 2721 GLENWOOD CT, ROCKFORD IL 61101-3599 address filed with court:, Glenwood Center, 2823 Glenwood Ct, Rockford, IL 61101-3507 |
| 42318812 | | Harris & Harris, 111 W Jackson Blvd Ste 650, Chicago, IL 60604-3589 |
| 42318813 | | OSF Healthcare, 530 Ne Glen Oak Ave, Peoria, IL 61637-0001 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QBDKRASNOFF.COM | May 13 2025 04:38:00 | Brad D Krasnoff (TR), 2818 La Cienega Avenue, Los Angeles, CA 90034-2618 |
| smg | | EDI: EDD.COM | May 13 2025 04:38:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | May 13 2025 04:38:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | May 13 2025 00:59:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42318803 | | Email/Text: Bankruptcy_CS@wakehealth.edu | May 13 2025 01:01:00 | Atrium Health Wake Forest Baptist, Mecial Center Boulevard, Winston Salem, NC 27157-0001 |
| 42318804 | + | EDI: BANKAMER2 | May 13 2025 04:38:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 42318805 | | EDI: CAPITALONE.COM | May 13 2025 04:32:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42318806 | | EDI: CITICORP | May 13 2025 04:32:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42318808 | | Email/Text: EBN@edfinancial.com | May 13 2025 01:00:00 | EdFinancial Services, Po Box 36008, Knoxville, TN 37930-6008 |
| 42318810 | | Email/Text: BankruptcyNotices@firsttechfed.com | May 13 2025 00:59:00 | First Tech Federal Credit Union, PO Box 2100, Beaverton, OR 97076-2100 |
| 42318814 | | Email/Text: bankruptcy@wofco.com | May 13 2025 00:59:00 | Southeast Toyota Finance, PO Box 991817, Mobile, AL 36691-8817 |
| 42318815 | | EDI: WTRRNBANK.COM | May 13 2025 04:38:00 | TD Bank / Target, PO Box 673, Minneapolis, MN 55440-0673 |

Case 2:25-bk-10706-BB    Doc 14    Filed 05/14/25    Entered 05/14/25 21:34:46    Desc
Imaged Certificate of Notice    Page 2 of 4

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 12, 2025 | Form ID: 318a | Total Noticed: 18 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 14, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Katherine Elizabeth Cabana bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Kirk Evan Cabana bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Brad D Krasnoff (TR) | bdktrustee@lnbyg.com bkrasnoff@ecf.axosfs.com;bdktrustee@lnbyg.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kirk Evan Cabana | Social Security number or ITIN  xxx–xx–8131 |
| | First Name    Middle Name    Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Katherine Elizabeth Cabana | Social Security number or ITIN  xxx–xx–5326 |
| | First Name    Middle Name    Last Name | EIN  __–_____ |

United States Bankruptcy Court    Central District of California

Case number:    2:25-bk-10706-BB

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kirk Evan Cabana

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 5/12/25

Katherine Elizabeth Cabana

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 5/12/25

**Dated:** 5/12/25

**By the court:** Sheri Bluebond
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

12/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc    Order of Chapter 7 Discharge    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**